FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 AUG 14  PM 3: 59  G

WILLIAM W. BLEVINS
CLERK

**SEALED**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT**

**FELONY
15-200
SECT. J MAG. 5**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| v. | * | **SECTION:** |
| **THOMAS GORDON**<br>        a/k/a "Ice" | * | **VIOLATIONS: 21 U.S.C. § 841(a)(1)**<br>21 U.S.C. § 841(b)(1)(A) |
| **MARTHA QUINONES** | * | 21 U.S.C. § 841(b)(1)(B) |
| **DONALD EALY**<br>        a/k/a "Deebo" | * | 21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 843(b) |
| **KEVIN GONZALES** | * | 21 U.S.C. § 846<br>18 U.S.C. § 2 |
| | * | |

                    *        *        *

The Grand Jury charges that:

<u>**COUNT 1**</u>

Beginning at a time unknown but not later than February 6, 2015, and continuing through

August 6, 2015, in the Eastern District of Louisiana and elsewhere, the defendants, **THOMAS**

**GORDON, a/k/a "Ice," MARTHA QUINONES, DONALD EALY, a/k/a "Deebo,"** and

**KEVIN GONZALES,** did knowingly and intentionally combine, conspire, confederate and

agree with each other and with other persons known and unknown to the Grand Jury, to

distribute and to possess with the intent to distribute one kilogram or more of a mixture or

√ Fee USA
Process
X Dktd
CtRmDep
Doc. No.

substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of

Title 21, United States Code, Section 846.

## COUNT 2

On or about February 9, 2015, in the Eastern District of Louisiana, the defendants,

**THOMAS GORDON, a/k/a "Ice,"** and **DONALD EALY, a/k/a "Deebo,"** did knowingly and

intentionally distribute a quantity of a mixture or substance containing a detectable amount of

heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(C), and Title 18 United States Code, Section 2.

## COUNT 3

On or about February 9, 2015, in the Eastern District of Louisiana, the defendants,

**THOMAS GORDON, a/k/a "Ice,"** and **DONALD EALY, a/k/a "Deebo,"** did knowingly and

intentionally use a communication facility, to wit, a telephone, in committing, causing and

facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and

846, that is, conspiracy to distribute and to possess with the intent to distribute heroin, as charged

in Count 1 of this Indictment; all in violation of Title 21, United States Code, Section 843(b) and

Title 18, United States Code, Section 2.

## COUNT 4

On or about March 11, 2015, in the Eastern District of Louisiana, the defendant,

**THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a

mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about March 27, 2015, in the Eastern District of Louisiana, the defendant, **THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about April 2, 2015, in the Eastern District of Louisiana, the defendant, **THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about April 15, 2015, in the Eastern District of Louisiana, the defendant, **THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about April 29, 2015, in the Eastern District of Louisiana, the defendant, **THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 9

On or about May 27, 2015, in the Eastern District of Louisiana, the defendant, **DONALD EALY, a/k/a "Deebo,"** did knowingly and intentionally distribute a quantity of a mixture or

substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about June 4, 2015, in the Eastern District of Louisiana, the defendant, **DONALD EALY, a/k/a "Deebo,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 11

On or about June 11, 2015, in the Eastern District of Louisiana, the defendant, **DONALD EALY, a/k/a "Deebo,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about June 17, 2015, in the Eastern District of Louisiana, the defendant, **THOMAS GORDON, a/k/a "Ice,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13

On or about June 23, 2015, in the Eastern District of Louisiana, the defendant, **DONALD EALY, a/k/a "Deebo,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

On or about July 15, 2015, in the Eastern District of Louisiana, the defendant, **DONALD EALY, a/k/a "Deebo,"** did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

On or about August 4, 2015, in the Eastern District of Louisiana, the defendants, **THOMAS GORDON, a/k/a "Ice,"** and **MARTHA QUINONES**, did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to distribute and to possess with the intent to distribute heroin, as charged in Count 1 of this Indictment; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 16

On or about August 5, 2015, in the Eastern District of Louisiana, the defendants, **THOMAS GORDON, a/k/a "Ice,"** and **KEVIN GONZALES**, did knowingly and intentionally use a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, that is, conspiracy to distribute and to possess with the intent to distribute heroin, as charged in Count 1 of this Indictment; all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 17

On or about August 6, 2015, in the Eastern District of Louisiana, the defendant, **MARTHA QUINONES**, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF DRUG FORFEITURE

1.      The allegations of Counts 1-17 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offenses alleged in Counts 1-17 of this Indictment, the defendants, **THOMAS GORDON, a/k/a "Ice," MARTHA QUINONES, DONALD EALY, a/k/a "Deebo,"** and **KEVIN GONZALES**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1-17 of this Indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

        c.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

        All in violation of Title 21, United States Code, Section 853.

KENNETH ALLEN POLITE, JR
UNITED STATES ATTORNEY

BRANDON S. LONG
Assistant United States Attorney
D.C. Bar No. 500721

New Orleans, Louisiana
August 14, 2015

7

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern    *District of*    Louisiana

Criminal    *Division*

## THE UNITED STATES OF AMERICA

vs.

**THOMAS GORDON, a/k/a "Ice," MARTHA QUINONES, DONALD EALY, a/k/a "Deebo," KEVIN GONZALES**

# INDICTMENT

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

**VIOLATIONS:    Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 843(b), 846, and Title 18, U.S.C., § 2**



_____ *day of*
_____ A.D. 2015.

_____
*Clerk*

*Bail, $* _____

**BRANDON S. LONG**
**Assistant United States Attorney**