PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. **15-200** |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile | USA vs. |
| ☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added  ☐ Superseding Indictment  ☐ Charges/Counts Added  ☐ Information | Defendant: THOMAS GORDON, a/k/a "Ice" |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office | Address:<br>**SEALED**<br>**SECT. J MAG. 5** |
| Name and Office of Person Furnishing Information on THIS FORM: Alana Lincoln<br>☒ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (504) 680-3000 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Brandon S. Long | Birth Date: 1983   ☑ Male  ☐ Female   ☐ Alien (if applicable) |
| **PROCEEDING** ||
| Name of Complainant Agency, or Person (& Title, if any)<br>FBI, Special Agent Jason Quick | Social Security Number: xxx-xx-2827 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant  ☑ Summons<br>Location Status:<br>Arrest Date 8/6/2015 ___ or Date Transferred to Federal Custody ___ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense | ☑ Currently in Federal Custody<br>☐ Currently in State Custody  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. 15-091 | Defense Counsel (if any): Claude J. Kelly<br>☑ FPD  ☐ CJA  ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: Orleans County | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 11 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 21, U.S.C., § 846 | Conspiracy to distribute/pwit heroin | 1 |
| 4 | Title 21, U.S.C., §§841(a)(1), 841 (b)(1)(C), & Title 18, U.S.C., § 2 | Distribution of a quantity of heroin | 2 |
| 4 | Title 21, U.S.C., §843(b), & Title 18, U.S.C.,§ 2 | Use of a telephone facilitating the commission of drug violation | 3, 15-16 |
| 4 | Title 21, U.S.C, §§ 841(a)(1), 841(b)(1)(C) | Distribution of a quantity of heroin | 4-8, 12 |